**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
  GLYNIS PUGLIESE,

                          Plaintiff,                25 **CIVIL** 4827 (KMK)(JCM)

       -v-                                    **<u>JUDGMENT</u>**

FRANK BISIGNANO
COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Consent Order dated December 22, 2025, that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York

        December 29, 2025

                               **TAMMI M. HELLWIG**

                               _____
                                   **Clerk of Court**

                               K. mango

**BY:**

                               _____
                                   **Deputy Clerk**